UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ABDIEL SARABIA HERNANDEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>Defendants. | Case No.: 24-cv-0032-DMS-DEB<br><br>**ORDER GRANTING JOINT MOTION TO DEPOSE INMATE JUAN CHEKO GONZALEZ**<br><br>**[DKT. NO. 54]** |

Before the Court is a Joint Motion for Order Authorizing Commencement of Inmate Witness Deposition. Dkt. No. 54. The parties seek to depose Juan Cheko Gonzalez ("Gonzalez" aka "Sergio"), a witness both parties agree has important personal knowledge of events at issue in this case. Gonzales is confined to prison at Pelican Bay State Prison in Cresent City, California.

Federal Rule of Civil Procedure 30(a)(2)(B) provides that when a party wishes to depose a prisoner, the party "must obtain leave of court, and the court must grant leave to the extent consistent with Rule 26(b)(1) and (2)." Plaintiffs also seek to depose Gonzales through remote means, and Defendants do not object. *See* Fed. R. Civ. P. 30(b)(4) ("The

. . . court may on motion order—that a deposition be taken by telephone or other remote means. . . .).

Upon review and consideration of the issues presented in Plaintiffs' claims under 42 U.S.C. § 1983, the Court **GRANTS** the Joint Motion. There is no dispute that deposing this witness is essential to the preparation of the case. The parties have coordinated the deposition to occur on September 3, 2025, from 10:00 a.m. until 4:00 p.m.

Counsel may arrange to conduct the noted deposition, consistent with the institution's rules and regulations, including the presence of correctional officers at the deposition where the deponent sits if necessary or helpful. The deponent, counsel, and the court reporter may all appear remotely, and in different locations from each other. The deposition may be audiotaped and videotaped.

**IT IS SO ORDERED.**

Dated: August 22, 2025

_____
Daniel E. Butcher
United States Magistrate Judge